FILED
MAY 08 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8389

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) |
| Abundio FLORES Naranjo | ) Title 8, U.S.C., Sec., 1326 |
| Defendant. | ) Attempted Entry After Being Ordered Deported/Removed |

The undersigned complainant, being duly sworn, states:

On May 7, 2008, within the Southern District of California, the defendant Abundio FLORES Naranjo, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e., conscious desire, to enter the United States at the Calexico Port of Entry without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

Gustavo Barreto, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS DATE 8TH DAY OF MAY, 2008.

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                v.
Abundio FLORES Naranjo

STATEMENT OF FACTS

The complainant, states that this complaint is based upon the arrest reports of the apprehending officers and the investigation report submitted by Customs Border Protection Enforcement Officer Gustavo Barreto.

On May 7, 2008, at approximately 9:30 A.M., the defendant Abundio FLORES-Naranjo arrived at the Calexico Port of Entry via pedestrian primary lanes. Customs Border Protection Officer (CBPO) J. Tubbs inspected the defendant at the time he applied for entry into the United States. The defendant presented a valid I-551 card. CBPO J. Tubbs suspected the defendant was an imposter and thus referred the defendant to pedestrian secondary office for further inspection.

Abundio FLORES-Naranjo was escorted to the Port Enforcement Team office for further investigation. At the Port Enforcement Team CBPOE Figueroa conducted record checks revealing prior deportation from an immigration judge. Records also revealed prior incarceration. Records confirmed that FLORES-Naranjo is an alien, a native and citizen of Mexico with no legal documents to enter into or be in the United States. FLORES-Naranjo was advised of his Miranda warnings in the Spanish language to which he said he understood and would answer questions without an attorney present.

Abundio FLORES-Naranjo stated that he is a citizen and native of Mexico with no legal entry documents to enter, reside, or pass through the United States. FLORES-Naranjo stated that he had not applied for or obtained the authorization of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to enter the United States. Abundio FLORES-Naranjo admitted to being previously deported by an Immigration Judge. Aundio FLORES-Naranjo stated that he wanted to go to Santa Ana to see his children.